IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ALFRED LEE MAULDIN, | ) |
| --- | --- |
| Plaintiff, | ) |
| | ) NO. 3:07-0496 |
| v. | ) JUDGE HAYNES |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of the Honorable John S. Bryant, Magistrate Judge (Docket Entry No. 31) recommending that the United States's motion to dismiss (Docket Entry No. 15), be granted. Plaintiff has filed objections to the Report and the Court has reviewed the Plaintiff's objections.

Upon de novo review of the Report and Recommendation, for the reasons set forth therein, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Defendant's motion to dismiss (Docket Entry No. 15) is **GRANTED** and this action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 27th day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge